IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ERIC LOVAN DONSTON                                                                                           PLAINTIFF

v.                                                          CIVIL ACTION NO. 1:23-cv-00161-TBM-RPM

BURL CAIN, et al.                                                                                         DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 19th day of September, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE